In re:                                                                Case No. 17-20329-PRW

Donell Staton                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0209-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 10, 2022 | Form ID: 522q | Total Noticed: 20 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Donell Staton, 20 Renwood Street, Rochester, NY 14621-5633 |
| 21515474 | + | City of Rochester Water Dept., P.O. Box 14270, Rochester, NY 14614-0270 |
| 21515478 | + | County of Monroe, Monroe County Treasury, 39 West Main St., B-2, Rochester, NY 14614-1415 |
| 21559713 | + | Monroe County Treasury, 39 West Main St., B-2, Rochester, NY 14614-1415 |
| 21690492 | + | Propel Financial 1, LLC, PO Box 679032, Dallas, TX 75267-9032 |
| 21522281 | + | Sheila Hughes, 1501 North Clinton Avenue, Rochester, NY 14621-2205 |
| 21740418 | + | TLF National Tax Lien Trust 2017-1, PO Box 679034, Dallas, TX 75267-9034 |
| 21520607 | + | US Bank as Cust for Tower DBW II Trust 2103-1, PO Box 780770, Philadelphia, PA 19178-0770 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 21515472 | | Email/Text: bankruptcy@atfs.com | May 10 2022 18:21:00 | American Tax Funding, PO Box 863517, Orlando, FL 32886-3517 |
| 21515476 | | Email/Text: ebnnotifications@creditacceptance.com | May 10 2022 18:21:00 | Credit Acceptance Corporation, 25505 W. Twelve Mile Road, Southfield, MI 48034 |
| 21515473 | + | Email/Text: ashley.padgett@cityofrochester.gov | May 10 2022 18:21:00 | City of Rochester Tax Department, City Hall Room 111A, 30 Chuch Street, Rochester, NY 14614-1206 |
| 21515475 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 10 2022 18:21:00 | Comenity Bank/Zales, PO Box 182273, Columbus, OH 43218-2273 |
| 21522279 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 10 2022 18:21:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 21523926 | | Email/Text: servicing@eburycap.com | May 10 2022 18:21:00 | EB 1EMINY LLC, 56 Locust Ave, 2nd Floor, Rye NY 10580 |
| 21515477 | + | Email/Text: bankruptcydpt@mcmcg.com | May 10 2022 18:21:00 | Midland Funding, 8875 Aero Dr., Ste. 200, San Diego, CA 92123-2255 |
| 21528730 | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | May 10 2022 18:21:00 | New York State Department of Taxation & Finance, Bankruptcy Section, P O Box 5300, Albany New York 12205-0300 |
| 21522280 | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | May 10 2022 18:21:00 | New York State Taxation Dept., State Campus Room 438, Albany, NY 12227-0001 |
| 21522282 | + | Email/Text: tburke@tcmfund.com | May 10 2022 18:21:00 | Tower Capital Management, PO Box 399, Morristown, NJ 07963-0399 |
| 21515479 | | Email/Text: membersolutions@visionsfcu.org | May 10 2022 18:21:00 | Visions FCU, 24 McKinley Ave., Endicott, NY 13760 |
| 21515480 | + | Email/Text: bankruptcyreports@wakeassoc.com | May 10 2022 18:21:00 | Wakefield & Associates, 10800 E Bethany Drive, Suite 450, Aurora, CO 80014-2697 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2022                          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| George M. Reiber | trustee13@roch13.com  greiber@roch13.com |
| Peter D. Grubea | on behalf of Debtor Donell Staton grubealaw@hotmail.com |

TOTAL: 2

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

In Re:

      Donell Staton

                   Debtor(s)

Case No.: 2−17−20329−PRW
Chapter: 13

SSN:  xxx−xx−4074

### NOTICE OF PLAN PAYMENTS PAID
### AND
### OPPORTUNITY TO REQUEST HEARING FOR
### APPLICABILITY OF 11 USC §§ 1328(h) and 522(q)

TO: All Parties

    Parties are hereby notified that all required plan payments are paid. Requests for a hearing regarding the applicability of 11 USC §§ 1328(h) and 522(q) as it impacts issuance of the debtor's discharge may be made by filing a motion with the Court at any time before the discharge is issued. The discharge will be issued as is practicable after 30 days from the date of this notice.

Date: May 10, 2022

Lisa Bertino Beaser
Clerk of Court

Form 522q/Doc 51
www.nywb.uscourts.gov